UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FILED
DEC 21 2017
CLERK'S OFFICE
U.S. DISTRICT COURT
EASTERN MICHIGAN

TRACEY MOSELEY,

    Plaintiff,

v.

COMMISSIONER OF
SOCIAL SECURITY

    Defendant.
_____/

Case No. 16-cv-13588

Paul D. Borman
United States District Judge

David R. Grand
United States Magistrate Judge

## ORDER (1) ADOPTING THE MAGISTRATE JUDGE'S NOVEMBER 7, 2017 REPORT AND RECOMMENDATION (ECF NO. 21), (2) GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT TO THE EXTENT IT SEEKS A REMAND (ECF NO. 14), (3) DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (ECF NO. 19), AND (4) REMANDING FOR FURTHER PROCEEDINGS UNDER SENTENCE FOUR OF 42 U.S.C. § 405(g)

On November 7, 2017, Magistrate Judge David R. Grand issued a Report and Recommendation to GRANT Plaintiff's Motion for Summary Judgment to the extent it seeks a remand, DENY Defendant's Motion for Summary Judgment, and REMAND this matter for further administrative proceedings. Having reviewed the Report and Recommendation, and there being no timely objections under 28 U.S.C. § 636(b)(1) and E.D. Mich L. R. 72.1(d), the Court ADOPTS the Report and

1

Recommendation (ECF No. 21), GRANTS Plaintiff's Motion for Summary Judgment to the extent it seeks a remand (ECF No. 14), DENIES Defendant's Motion for Summary Judgment (ECF No. 19), and REMANDS the matter for further proceedings under Sentence Four of 42 U.S.C. § 405(g), consistent with Magistrate Judge Grand's analysis in his November 7, 2017 Report and Recommendation.

IT IS SO ORDERED.

Paul D. Borman
United States District Judge

Dated: DEC 2 1 2017